IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JAMES C. SMITH,

      Appellant,

v.

                                          Case No. 5D22-580
                                          LT Case No. 2018-CF-002149-A-O

STATE OF FLORIDA,

      Appellee.
_____/

Opinion filed May 17, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Patricia Strowbridge, Judge.

James C. Smith, Orlando, pro se.

Ashley Moody, Attorney General, Tallahassee,
and Bonnie Jean Parrish, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM

    AFFIRMED. See Simmons v. State, 332 So. 3d 1129 (Fla. 5th DCA

2022); Tobler v. State, 239 So. 3d 796 (Fla. 5th DCA 2018).


EVANDER, WALLIS and HARRIS, JJ., concur.